# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:01cr205

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **ISAAC KEENAN COOPER,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on the government's Motion for Permission to Destroy Evidence. The government having shown that the prophylactic device used in the offense conduct was not contested by defendant in the Supervised Release Violation, was not introduced into evidence, and that its retention is no longer necessary for this proceeding or for purposes of appeal, and defendant having not opposed such motion, the court will allow the destruction.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion for Permission to Destroy Evidence (in-court motion) is **GRANTED,** and the government is permitted to destroy such item.

Signed: October 14, 2011

Max O. Cogburn Jr.
United States District Judge